United States District Court
District of Kansas

FILED
NOV 14 2013
Clerk, U.S. District Court
By: _____ Deputy Clerk

Jeremy Pinson,
    Plaintiff,

v.

Paul Laird,
Amber Nelson,
Lisa Gregory,
    Defendants

Case No. 13-3198-SAC

# COMPLAINT

## I. Jurisdiction:

1. Jurisdiction is asserted pursuant to 28 U.S.C. 1331, 1332 and Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971).

## II. Venue:

1. Venue is asserted proper pursuant to 28 USC 1391(e) as all 3 defendants transact business in Kansas City, KS.

## III. Factual Allegations:

1. Plaintiff is housed at the ADX U.S. Penitentiary in Florence, Colorado.
2. Defendant Laird is the regional director that supervises operations over several BOP Prisons including ADX.

1

3. Defendant Nelson is Deputy Regional Director assisting Mr. Laird in supervision of ADX.
4. Defendant Gregory is the Regional Health Services Administrator over the region including ADX.
5. Defendants jointly review policy over ADX, coordinate and supervise inmate transfers, monitor medical care at ADX.
6. BOP policy forbids transfer of inmates with serious medical conditions to ADX in 28 CFR 541.41 and Program Statement 5100.08
7. Plaintiff suffers from epilepsy.
8. Epilepsy is a chronic disorder characterized by paroxysmal brain dysfunction due to excessive neuronal discharge and usually associated with some alteration of consciousness.
9. Epileptic seizures experienced by plaintiff 2-4 times per week often result in head trauma, blood loss, inability to breathe or move.
10. Pursuant to 29 CFR 825.114 epilepsy is a chronic serious health condition.
11. Defendants are aware plaintiff has epilepsy and that staff omitted his health condition from his ADX referral deliberately to facilitate the transfer.
12. Defendants refuse to transfer plaintiff to a federal Medical Center for medically necessary treatment and supervision not available at the ADX.
13. Absent medical care plaintiff will continue to sustain serious injury and may die.

IV. Cause of Action:

1. Claim One: Violation of the 8th Amendment.

V. Requested Relief:

1. Damages in an amount to be proven at trial.
2. Trial by Jury.
3. Injunction compelling defendants to transfer plaintiff to a Federal Medical Center.
4. Award costs to Plaintiff.

Executed under penalty of perjury pursuant to 28 USC 1746.

11-7-13
Date

Jeremy Pinson #16267-064
PO Box 8500
Florence CO 81226